**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3**
**Eastern Division**

Tercia Pereira
                        Plaintiff,

v.                                                 Case No.: 1:11–cv–08987
                                                          Honorable Charles P. Kocoras

Santander Consumer USA, Inc.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 18, 2012:

      MINUTE entry before Honorable Charles P. Kocoras:Status hearing held on 4/18/2012. All class and fact discovery to be completed by 10/18/2012. Status hearing continued o 10/18/2012 at 9:30 a.m.Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.