# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Henry Espejo, et al.

                              Plaintiff,

v.                                              Case No.: 1:11−cv−08987
                                                Honorable Charles P. Kocoras

Santander Consumer USA, Inc.

                              Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 18, 2012:

     MINUTE entry before Honorable Charles P. Kocoras:Status hearing held on 10/18/2012. All discovery to be completed by 12/4/2012. Status hearing continued to 12/4/2012 at 9:30 a.m.Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.