UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.0.3
Eastern Division

Henry Espejo, et al.
                              Plaintiff,

v.                                            Case No.: 1:11−cv−08987
                                                     Honorable Charles P. Kocoras

Santander Consumer USA, Inc.
                              Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 15, 2012:

      MINUTE entry before Honorable Charles P. Kocoras:Motion hearing held on 11/15/2012. Defendant's motion (Doc [33]) for reassignment of 12 C 4671 from Judge Kendall to Judge Kocoras as related to 11 C 8987 is granted. The Court vacates the discovery cut−off date. Status hearing set for 12/4/2012 at 9:30 a.m. before Judge Kocoras to stand. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.