Henry Espejo, et al.
                                    Plaintiff,

v.                                                          Case No.: 1:11–cv–08987
                                                                        Honorable Charles P. Kocoras

Santander Consumer USA, Inc.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 4, 2012:

      MINUTE entry before Honorable Charles P. Kocoras:Status and motion hearing held on 12/4/2012. Defendant's motion (Doc [38]) for reassignment of 12 C 9431 (Judge St. Eve) to Judge Kocoras as related to 11 C 8987 is granted. Hearing on said motion, set for 12/5/2012, is stricken. Status hearing continued to 2/6/2013 at 9:30 a.m.Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.