**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| HENRY ESPEJO, individually and on behalf of all others similarly situated, )<br>)<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>SANTANDER CONSUMER USA, INC., )<br>an Illinois Corporation, )<br>)<br>*Defendant*. )<br>) | **Case No. 1:11-cv-8987**<br>*Related to*: Case No. 1:12-cv-4671<br>Case No. 1:12-cv-9431<br><br>Honorable Charles P. Kocoras |

**ORDER**

This matter coming before the Court on Plaintiffs' Motion for Appointment of Interim Co-Lead Counsel, due and adequate notice having been given, and the Court being duly advised in the premises,

IT IS HEREBY ORDERED AND ADJUGDED,

1. Plaintiffs' motion is hereby granted; and,

2. Pursuant to Fed. R. Civ. P. 23(g), Jay Edelson of Edelson McGuire LLC and Frank Davis of Davis & Norris LLP are hereby appointed interim co-lead counsel in the matters captioned *Espejo v. Santander Consumer USA, Inc.*, No. 1:11-cv-8987, *Bonner, et al. v. Santander Consumer USA, Inc.*, No. 1:12-cv-9431, *Humphreys v. Santander Consumer USA, Inc.*, No. 1:12-cv-4671.

IT IS SO ORDERED.

ENTERED: January 10, 2013

*Charles P. Kocoras*
HONORABLE CHARLES P. KOCORAS
UNITED STATES DISTRICT JUDGE