IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HENRY ESPEJO, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| SANTANDER CONSUMER USA, INC., an Illinois Corporation, | ) ) ) |
| Defendant. | ) ) |

**Case No. 1:11-cv-8987**
*Related to*: Case No. 1:12-cv-4671
Case No. 1:12-cv-9431

Honorable Charles P. Kocoras

## MOTION TO WITHDRAW AS CLASS COUNSEL

D. Frank Davis and the law firm of Davis & Norris, LLP move the Court for an Order allowing Mr. Davis and his law firm to withdraw as counsel for the class in this case. Mr. Davis and his law firm will continue to remain as counsel for named plaintiffs Faye Levins, Rajeeni Cook, Turquiose Williams, and Maude Jones in this case. As grounds for this Motion, movants state as follows:

In addition to the named plaintiffs, Mr. Davis and Davis & Norris, LLP represent other persons with potential claims under the TCPA against the defendant. While these persons would be included in the class definition as currently stated, Mr. Davis and Davis & Norris, LLP have nevertheless determined to represent them on an individual—rather than class-wide—basis and, as such, have elected to withdraw as class counsel.

The class will continue to be ably represented by Jay Edelson and his law firm, Edelson LLC, who have extensive class action and TCPA experience.

All parties consent to this motion.

Respectfully submitted,

DAVIS & NORRIS, LLP

By: /s/ D. Frank Davis

D. Frank Davis
John E. Norris
Andrew S. Herring
DAVIS & NORRIS LLP
2154 Highland Avenue South
Birmingham, Alabama 35205
Telephone: 205-930-9900
Facsimile: 205-930-9989
fdavis@davisnorris.com
jnorris@davisnorris.com
aherring@davisnorris.com

## CERTIFICATE OF SERVICE

I, Andrew S. Herring, an attorney, hereby certify that I served the above and foregoing *Motion to Withdraw as Class Counsel*, by causing a true and accurate copy of such paper to be filed and served on all counsel of record via the Court's CM/ECF electronic filing system, on this the 16th day of April, 2013.

/s/ Andrew S. Herring