# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles P. Kocoras | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 8987 | **DATE** | 4/25/2013 |
| **CASE TITLE** | Espejo vs. Santander Consumer USA | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 4/25/2013. D. Frank Davis and the law firm of Davis & Norris, LLP's motion (Doc [47]) for leave to withdraw as Class Counsel ONLY, is granted. Their appearances as counsel will remain and continue as counsel for named plaintiffs Faye Levins, Rejeeni Cook, Turquiose Williams and Maude Jones.

Docketing to mail notices.

00:02

| | Courtroom Deputy Initials: | SCT |
|---|---|---|