**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Henry Espejo, et al.
                              Plaintiff,

v.                                                  Case No.: 1:11–cv–08987
                                                       Honorable Charles P. Kocoras

Santander Consumer USA, Inc.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 24, 2014:

      MINUTE entry before the Honorable Charles P. Kocoras: Status hearing held on 6/24/2014. Parties informed the Court that no settlement has been reached at this time. Parties are directed to meet and confer as stated on the record. Fact discovery including class fact discovery to be completed by 1/6/2015. Status hearing set for 1/6/2015 at 9:30 a.m. Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.