IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HENRY ESPEJO, individually and on behalf of all others similarly situated,<br><br>           *Plaintiff*,<br><br>  v.<br><br>SANTANDER CONSUMER USA, INC., an Illinois Corporation,<br><br>           *Defendant*. | **Case No. 1:11-cv-8987**<br>*Related to*: Case No. 1:12-cv-4671<br>           Case No. 1:12-cv-9431<br><br>Honorable Charles P. Kocoras |

**JOINT MOTION FOR ONE-WEEK EXTENSION OF
BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO STAY**

Plaintiff Henry Espejo ("Plaintiff") and Defendant Santander Consumer USA, Inc. ("Santander"), by and through their undersigned counsel, hereby requests a one-week extension of the briefing schedule on Santander's pending motion to stay. In support of the instant motion, the Parties state as follows:

On July 7, 2014, Santander filed its Motion to Stay Pursuant to the Primary Jurisdiction Doctrine. (Dkt. 73 (the "Motion").) Currently, Plaintiff's response in opposition to the Motion is due no later than July 24th, and Santander's reply in support of the Motion is due no later than August 4th. (Dkt. 76.) However, to allow adequate time to address the issues raised in the Motion, Plaintiff requested, and Santander has agreed to, a one-week extension of the briefing schedule on the Motion.

Accordingly, the Parties jointly and respectfully request that the Court enter an Order continuing the briefing schedule on Santander's Motion such that Plaintiff's response in opposition to the Motion shall be filed no later than July 31, 2014, and Santander's reply in

1

support of the Motion shall be filed no later than August 13, 2014. Except as the Court may otherwise see fit, the Parties request that the hearing on the Motion currently set for August 28, 2014 remain as rescheduled.

A proposed Order is attached hereto.

Respectfully submitted,

**HENRY ESPEJO**, individually and on behalf of all others similarly situated,

Dated: July 24, 2014         By: /s/ Benjamin H. Richman
                                 One of Plaintiff's Attorneys

Jay Edelson
jedelson@edelson.com
Rafey S. Balabanian
rbalabanian@edelson.com
Benjamin H. Richman
brichman@edelson.com
J. Dominick Larry
nlarry@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

**SANTANDER CONSUMER USA, INC.**,

Dated: July 24, 2014         By: /s/ Michael D. Richman
                                 One of Defendant's Attorneys

James A. Rolfes
Henry Pietrkowski
Michael D. Richman
Joseph B. Prater
Reed Smith LLP
10 South Wacker Drive, Suite 4000
Chicago, Illinois 60606
Tel: 312.207.1000

## **CERTIFICATE OF SERVICE**

      I, Benjamin H. Richman, an attorney, hereby certify that on July 24, 2014, I served the above and foregoing ***Joint Motion for One-Week Extension of Briefing Schedule on Defendant's Motion to Stay*** by causing a true and accurate copy of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system, on this the 24th day of July 2014.

                                                 /s/ Benjamin H. Richman