IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| HENRY ESPEJO, individually and on behalf of all others similarly situated, ) ) ) *Plaintiff*, ) ) v. ) ) SANTANDER CONSUMER USA, INC., ) an Illinois corporation, ) ) *Defendant*. ) ) | **Case No. 1:11-cv-8987** *Related to*: Case No. 1:12-cv-4671 Case No. 1:12-cv-9431 Honorable Charles P. Kocoras |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Tuesday, October 7th, 2014 at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Charles P. Kocoras, or any judge sitting in his stead in courtroom 2325 of the Everett McKinley Dirksen Building, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present ***Plaintiff's Motion for Leave to File an Enlarged Brief Instanter****,* a copy of which has been served upon you via the Court's CM/ECF electronic filing system.

Respectfully submitted,

**HENRY ESPEJO**, individually and on behalf of all others similarly situated,

Dated: September 24, 2014

By: s/ J. Dominick Larry
One of Plaintiff's Attorneys

Jay Edelson
jedelson@edelson.com
Rafey S. Balabanian
rbalabanian@edelson.com
Benjamin H. Richman
brichman@edelson.com
J. Dominick Larry
nlarry@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 24, 2014, I served the above and foregoing by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF system.

                                         s/ J. Dominick Larry