UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HENRY ESPEJO, individually and on behalf of all others similarly situated, | |
| *Plaintiff,* | Case No.: 1:11-cv-08987 |
| v. | Honorable Charles P. Kocoras |
| SANTANDER CONSUMER USA, INC., an Illinois corporation, | Honorable Sidney I. Schenkier |
| *Defendant*. | |

## NOTICE OF MOTION

TO: All Counsel of Record

PLEASE TAKE NOTICE that on Tuesday, October 28, 2014, at 8:30 a.m., or as soon thereafter as counsel may be heard, we shall appear (through counsel) before the Honorable Sidney I. Schenkier, or any judge sitting in his stead in Courtroom 1843 of the Everett McKinley Dirksen Building, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois and then and there present the Agreed Motion for Entry of Proposed Stipulated Protective Order, a true and accurate copy of which is attached and hereby served upon you.

Dated:  October 22, 2014              Respectfully submitted,

                                      SANTANDER CONSUMER USA, INC.,
                                      Defendant

                                       /s/ *James A. Rolfes*
                                      One of Its Attorneys

James A. Rolfes (Bar No. 6200271)
Henry Pietrkowski (Bar No. 6230048)
Michael D. Richman (Bar No. 3124631)
Joseph B. Prater (Bar No. 6290497)
REED SMITH LLP
10 South Wacker Drive, Suite 4000
Chicago, IL 60606 (312) 207-1000
jrolfes@reedsmith.com
hpietrkowski@reedsmith.com
mdrichman@reedsmith.com
jprater@reedsmith.com
.

**CERTIFICATE OF SERVICE**

The foregoing Notice of Motion was electronically filed on October 22, 2014 with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all registered parties.

SANTANDER CONSUMER USA, INC.,
Defendant

 /s/ *James A. Rolfes*
One of Its Attorneys