**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| HENRY ESPEJO, individually and on behalf of all others similarly situated, | ) ) | |
| | ) | **Case No. 1:11-cv-8987** |
| *Plaintiff*, | ) | *Related to*: Case No. 1:12-cv-4671 |
| | ) | Case No. 1:12-cv-9431 |
| v. | ) | |
| | ) | Honorable Charles P. Kocoras |
| SANTANDER CONSUMER USA, INC., | ) | Magistrate Judge Sidney I. Schenkier |
| an Illinois corporation, | ) | |
| | ) | |
| *Defendant*. | ) | |
| | ) | |

**PLAINTIFF HENRY ESPEJO'S UNOPPOSED MOTION
FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

Plaintiff Henry Espejo ("Espejo"), individually and on behalf of a class of similarly situated individuals, hereby respectfully moves the Court, without opposition from Defendant Santander Consumer USA, Inc. ("Santander"), for an Order granting him leave to file certain documents under seal, either in whole or in part, in conjunction with his Response in Opposition to Santander's pending Motion to for a Protective Order. In support of the instant motion, Espejo states as follows:

1.      In order to adequately respond in opposition to Santander's pending motion for a protective order (Dkt. 94), Espejo's Response in Opposition to the Motion (the "Response") and the supporting Declaration of J. Dominick Larry (the "Larry Declaration") will refer to, quote, and attach certain documents designated by Santander as "Confidential" pursuant to the protective order entered in this case, (Dkt. 106.)

2.      In particular, attached as Exhibit A to the Larry Declaration are excerpts of the Transcript of the Rule 30(b)(6) Deposition of Wayne Nightengale, which the Parties agree

1

contains non-public business sensitive or proprietary information and information Santander may be obligated to keep confidential pursuant to agreements with third parties, and that Espejo seeks to file entirely under seal.

6. Because Espejo's Response discusses—in limited detail—the contents of Exhibit A, Espejo also seeks to file that document partially under seal.

7. Pursuant to the Court's Local Rules, Espejo will promptly submit to the Court's chambers in a sealed envelope—bearing the caption of the case, case number, the title of the motion to which the submitted confidential information pertains, and the name and telephone number of counsel submitting the documents—unredacted copies of his Response and the Larry Declaration, and Exhibit A thereto.

8. Prior to filing the instant motion, the Parties conferred (through counsel) regarding the relief requested herein, and Espejo is authorized to state that Santander has no opposition to the same.

**WHEREFORE**, Plaintiff Henry Espejo, individually and on behalf of a class of similarly situated individuals, respectfully requests that the Court enter an Order (i) granting him leave to file Exhibit A attached to the Declaration of J. Dominick Larry submitted in support of his Response in Opposition to Defendant's Motion to Stay entirely under seal, (ii) granting him leave to file his Response in Opposition to Santander's Motion to Stay a partially under seal, and (iii) providing such other and further relief as the Court deems reasonable and just.

Respectfully submitted,

**HENRY ESPEJO**, individually and on behalf of all others similarly situated,

Dated:  October 29, 2014

By:    <u>s/ J. Dominick Larry</u>
          One of Plaintiff's Attorneys

Jay Edelson
jedelson@edelson.com
Rafey S. Balabanian
rbalabanian@edelson.com
Benjamin H. Richman
brichman@edelson.com
J. Dominick Larry
nlarry@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370

## <u>CERTIFICATE OF SERVICE</u>

I, J. Dominick Larry, an attorney, certify that on October 29, 2014, I served the above and foregoing ***Plaintiff Henry Espejo's Unopposed Motion for Leave to File Documents Under Seal*** by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

<u>s/ J. Dominick Lrary</u>