

**James A. Rolfes**
Direct Phone: +1 312 207 3872
Email: jrolfes@reedsmith.com

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Tel +1 312 207 1000
Fax +1 312 207 6400
reedsmith.com

November 20, 2014

Electronically via the Court's CM/ECF System

Hon. Sidney I. Schenkier
United States Magistrate Judge
Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street, Room 1843
Chicago, IL 60604

Re: Espejo v. Santander Consumer USA, Inc., Case No. 1:11-cv-8987

Dear Judge Schenkier:

We represent Santander Consumer USA, Inc., the defendant in the above-captioned matter. Presently pending before the Court are two discovery motions, namely: Plaintiff's Renewed Motion to Compel Defendant's Responses To Outstanding Written Discovery Requests And Deposition Notices [Dkt. 89] and Defendant Santander Consumer USA, Inc.'s Motion For A Protective Order As To Deposition Of Paul Jones [Dkt. 94].

This letter is to update the Court that subsequent to the submission of the briefs in support of, and in opposition to, these motions, the parties have met and conferred with regard to the requested depositions of Santander employees Mark Mooney, Joseph Burda, John Thomas and Michele Rodgers. Santander had asked that the parties delay scheduling these depositions pending the deposition of Wayne Nightengale, Santander's Senior Vice President and designated 30(b)(6) witness. In support of that request, Santander argued that Plaintiff's counsel already had access to transcripts of the previous depositions taken of Mark Mooney, Joseph Burda, John Thomas and Michele Rodgers as part of other matters, and additionally, that such depositions would likely be cumulative of the Nightengale deposition.

The Nightengale deposition took place on October 22, 2014. Although Mr. Nightengale answered all questions Plaintiff's counsel put to him at the deposition, Plaintiff's counsel continues to insist upon the need to take the additional depositions. As a result, Santander has agreed to schedule these depositions the first two weeks of December 2014. The parties are further in agreement to schedule the deposition of the named Plaintiff, Henry Espejo, and his wife, during this same time period.

The parties continue to dispute Plaintiff's request for taking the deposition of Paul Jones, Santander's legal counsel. Other than Mr. Jones' deposition, all of the depositions that are the

Hon. Sidney I. Schenkier
U.S. Magistrate Judge
Page 2

ReedSmith

subject of Plaintiff's motion to compel will be scheduled. Plaintiff has indicated that he may seek to reopen these depositions after they take place depending on the Court's determination on his motion to compel and additional document productions by Santander.

Santander further informs the Court that, this week, Santander will begin production of 75 account files that it offered to produce as a compromise to Plaintiff's suggestion that Santander produce a statistical sample of account files. (*See* Santander's Resp. to Pls.'s Mot. to compel [Dkt. 117] at ftnt. 1.) The process of producing such documents takes time given the need to redact personal identifying information. While Plaintiff accepted Santander's offer to receive the 75 files, he did so while expressing the view that the 75 files are not a substitute for his proposed sampling or documents he believes are responsive to his document requests.

Very truly yours,

James A. Rolfes

CC: Nick Larry, counsel to Plaintiff Henry Espejo