UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Henry Espejo, et al.
                                   Plaintiff,

v.                                                   Case No.: 1:11–cv–08987
                                                              Honorable Charles P. Kocoras

Santander Consumer USA, Inc.
                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 9, 2014:

      MINUTE entry before the Honorable Sidney I. Schenkier: Status and motion hearings held. For the reasons stated on the record, plaintiff Espejo's renewed motion to compel defendant's responses to outstanding written discovery requests and deposition notices [89] is granted in part. As more fully explained on the record, the Court orders that the defendant produce call logs and financing documents from a sample of files of debtors who received calls on cell phones. The parties shall meet and confer about certain aspects of the sampling process, including about the timing of it; the form of production; and the information that may be redacted. Plaintiff agrees to accept this sample in lieu of his other written discovery requests, except for the following two upon which the Court rules as follows: (1) the request for prior TCPA complaints back to 2007 (whether filed in court or in arbitration) is GRANTED. Defendant shall produce the complaints, any judgments or settlements, and any non–privileged internal correspondence about those matters that can readily be located; and (2) the request for production of policies or practices governing the obtaining of consent, and verification that it has been obtained and remains in force, is GRANTED. Defendant shall search for any policies or practices that govern those matters and produce any that have not already been produced. Except as set forth above, the motion to compel is denied. By 5:00 p.m. on 12/22/14, the parties shall deliver to chambers a joint letter setting forth what agreements they have reached on the foregoing matters (including the timing for production), and setting forth what areas remain in dispute. For the reasons stated on the record, the request to award reasonable attorneys' fees and costs incurred in bringing the instant motion is denied. The matter is set for a status hearing with the magistrate judge on 12/23/14 at 9:00 a.m. Mailed notice.(jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.