**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Henry Espejo, et al.
                              Plaintiff,

v.                                                 Case No.: 1:11–cv–08987
                                                      Honorable Charles P. Kocoras

Santander Consumer USA, Inc.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, December 23, 2014:

      MINUTE entry before the Honorable Sidney I. Schenkier: Status hearing held. The parties report on the status of discovery. The Court issued the following rulings regarding the parties' joint letter dated 12/22/14 and the areas that remain in dispute: (1) Santander may redact the filed that will be produced in connection with the sample production in accordance with the agreed protocol set forth in the letter; (2) Santander shall re−tender the 75 files on customer accounts so that they are produced in the same format as the other files in the sample production; (3) Santander is ordered to produce all of the sample files on a rolling basis, every Monday, beginning on 1/19/15, with the production to be completed by no later than 3/16/15; and (4) the remaining documents that Santander is required to produce pursuant to the Court's 12/09/14 order (i.e., TCPA complaints/judgments and TCPA consent policies and practices) shall be produced by no later than 1/21/15. The matter is set for a status hearing with the magistrate judge on 2/18/15 at 8:30 a.m. for a report on production of the sample files. Mailed notice.(jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.