UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Henry Espejo, et al.
                                Plaintiff,

v.                                            Case No.: 1:11−cv−08987
                                                          Honorable Charles P. Kocoras

Santander Consumer USA, Inc.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 21, 2015:

      MINUTE entry before the Honorable Sidney I. Schenkier: Status hearing held. The Court adopts the scheduling proposals by the parties in the Bonner and Humphreys cases at paragraphs (b)−(f). By agreement, defendant's answer and affirmative defenses in Bonner are due by 2/06/15. Plaintiff withdraws the motion for expedited discovery in Humphreys (doc. #29); that motion is terminated. By 1/30/15, plaintiffs in Bonner and Humphreys shall inform defendant whether they will voluntarily dismiss, without prejudice, their FDCPA and contract claims. By agreement of the parties, all written discovery, document production and oral deposition testimony taken in Espejo may be used in Bonner and Humphreys as if taken in those matters. The parties in Espejo reported on the status of discovery required by the Court's 12/23/14 order (doc. #[131]). The status hearing set for 2/18/15 at 8:30 a.m. before the magistrate judge in Espejo remains unchanged, and shall apply as well to Bonner and Humphreys. Mailed notice.(jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.