# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| HENRY ESPEJO, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>SANTANDER CONSUMER USA, INC., an Illinois corporation,<br><br>*Defendant*. | Case No.: 1:11-cv-08987<br><br>Honorable Charles P. Kocoras |
| ARICA BONNER, et al, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>SANTANDER CONSUMER USA, INC., an Illinois corporation,<br><br>*Defendant*. | Case No.: 1:12-cv-9431<br><br>Honorable Charles P. Kocoras |
| CHERYL JOHNSON-MORRIS, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>SANTANDER CONSUMER USA, INC., an Illinois corporation,<br><br>*Defendant*. | Case No.: 1:16-cv-01456<br><br>Honorable Charles Norgle |

## NOTICE OF MOTION

To: All Counsel

PLEASE TAKE NOTICE THAT on **February 11, 2016, at 9:30 a.m.,** or as soon

thereafter as counsel may be heard, I shall appear before the Honorable Judge Charles P.

Kocoras, or any Judge sitting in his stead, in Courtroom 2325, at the Everett McKinley Dirksen

United States Courthouse, 219 S. Dearborn Street, Chicago, IL and shall then and there present

the attached **MOTION TO REASSIGN** *JOHNSON-MORRIS V. SANTANDER* **BASED ON**

**RELATEDNESS**, a copy of which is served upon you.

DATED:  February 4, 2016                    Respectfully submitted,

                                             **SANTANDER CONSUMER USA, INC.,**

By: /s/ Henry Pietrkowski
      One of Its Attorneys

Henry Pietrkowski
hpietrkowski@reedsmith.com
REED SMITH LLP
10 South Wacker Drive, Suite 4000
Chicago, IL 60606
Telephone:+1 312 207 1000
Facsimile: +1 312 207 6400

Marc A. Lackner
mlackner@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Jarrod D. Shaw
jshaw@reedsmith.com
REED SMITH LLP
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: +1 412 288 3131
Facsimile: +1 412 288 3063

*Counsel for Defendant*
*Santander Consumer USA, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2016, I electronically filed the foregoing **Notice of Motion** with the Clerk of the Court using the ECF system, which will send electronic notification of such filing to all registered parties.

*/s/ Henry Pietrkowski*
Henry Pietrkowski