**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| HENRY ESPEJO, individually and on behalf of all others similarly situated,<br><br>   *Plaintiff*,<br><br>   v.<br><br>SANTANDER CONSUMER USA, INC., an Illinois corporation,<br><br>   *Defendant*. | Case No.: 1:11-cv-8987<br><br>Honorable Charles P. Kocoras<br><br>Honorable Sidney I. Schenkier |
| FAYE LEVINS, individually and on behalf of all others similarly situated,<br><br>   *Plaintiff*,<br><br>   v.<br><br>SANTANDER CONSUMER USA, INC., an Illinois corporation,<br><br>   *Defendant*. | Case No.: 1:12-cv-0431<br><br>Honorable Charles P. Kocoras<br><br>Honorable Sidney I. Schenkier |
| CHERYL L. JOHNSON-MORRIS, individually and on behalf of all others similarly situated,<br><br>   *Plaintiff*,<br><br>   v.<br><br>SANTANDER CONSUMER USA, INC., an Illinois corporation,<br><br>   *Defendant*. | Case No.: 1:16-cv-1456<br><br>Honorable Charles R. Norgle |

## **JOINT NOTICE OF NON-OPPOSITION TO REASSIGNMENT**

Plaintiffs in the above-referenced matters, Henry Espejo, Faye Levins and Cheryl L. Johnson-Morris (collectively, "Plaintiffs") and Defendant Santander Consumer USA, Inc.

("Santander"), hereby submit the instant Joint Notice of Non-Opposition to Reassignment, and state as follows:

1. On February 4, 2016, Santander filed a motion seeking an Order reassigning the matter captioned *Johnson-Morris v. Santander Consumer USA, Inc.*, No. 1:16-cv-1456 from the Honorable Charles R. Norgle to this Court pursuant to Local Rule 40.4. (*Espejo*, Dkt. 156.) The motion is currently sent for presentment before this Court on Thursday, February 11th. (*Espejo*, Dkt. 157.)

2. On the same day, Santander filed a motion to dismiss the *Johnson-Morris* matter in its entirety. (*Johnson-Morris*, Dkt. 9.) Santander's motion to dismiss is currently set for presentment before Judge Norgle on Friday, February 19th. (*Johnson-Morris*, Dkt. 10.)

3. Since the filing of Santander's motions, counsel for the Parties have conferred and agreed that the *Johnson-Morris* matter should be reassigned to this Court and therefore, that Plaintiffs will not oppose Santander's motion in that regard.

4. The Parties have, however, agreed that it would be premature to determine (i) the scope of discovery necessary with respect to the claims asserted in the *Johnson-Morris* matter, (ii) the extent to which it overlaps or would otherwise be duplicative of discovery already completed in the *Espejo* and *Levins* cases, and (iii) whether any alterations to the discovery and case schedules in *Espejo* and *Levins* are necessary at this time. Instead, they believe it would be most efficient to resolve Santander's pending motion to dismiss the *Johnson-Morris* matter prior to making such determinations.[1]

5. The Parties have also agreed to confer as to whether Plaintiff Johnson-Morris intends

---

[1] For example, Plaintiff's filing of an amended complaint in the *Johnson-Morris* matter or the entry of an order dismissing the operative complaint—in whole or in part—is likely to affect the scope of discovery to be taken. Thus, first resolving any issues with respect to the *Johnson-Morris* pleadings will provide additional clarity on these issues and avoid the need to potentially revise any discovery or case schedule at a later time.

to amend her pleadings in response to Santander's motion to dismiss and if not, as to what an appropriate briefing schedule on that motion would be. To that end, the Parties further propose that no later than seven (7) days after an order reassigning the *Johnson-Morris* case is entered, they will file a notice with the Court confirming that Plaintiff Johnson-Morris intends to amend her pleadings or proposing a briefing schedule on the pending motion to dismiss.

WHEREFORE, the Parties respectfully request that the Court enter an Order (i) reassigning the *Johnson-Morris* matter to this Court, (ii) requiring them to file a notice regarding whether Plaintiff Johnson-Morris intends to amend her pleadings or proposing a briefing schedule for the motion to dismiss within seven (7) days of the entry of the Order, and (iii) providing such other and further relief as the Court deems reasonable and just.

Dated: February 10, 2016

Respectfully submitted,

| | |
|---|---|
| **HENRY ESPEJO, FAYE LEVINS,** and **CHERYL L. JOHNSON-MORRIS**, individually and on behalf of all others similarly situated, | **SANTANDER CONUSMER USA, INC.**, |
| By: /s/ Benjamin H. Richman<br>One of Plaintiffs Attorneys | By: /s/ Henry Pietrkowski<br>One of Defendants Attorneys |
| Jay Edelson<br>jedelson@edelson.com<br>Rafey S. Balabanian<br>rbalabanian@edelson.com<br>Benjamin H. Richman<br>brichman@edelson.com<br>J. Dominick Larry<br>nlarry@edelson.com<br>EDELSON PC<br>350 North LaSalle Street, Suite 1300<br>Chicago, Illinois 60654<br>Tel: 312.589.6370 | James A. Rolfes<br>jrolfes@reedsmith.com<br>Henry Pietrkowski<br>hpieterkowski@reedsmith.com<br>Michael D. Richman<br>mdrichman@reedsmith.com<br>Joseph B. Prater<br>jprater@reedsmith.com<br>REED SMITH LLP<br>10 South Wacker Dr., Suite 4000<br>Chicago, Illinois 60606<br>Tel: 312.207.1000 |

**SIGNATURE ATTESTATION**

       Pursuant to Section IX(C)(2) of the General Order on Electronic Case Filing, I hereby attest that the content of this document is acceptable to all persons whose signatures are indicated by a conformed signature (s/) within this e-filed document.

                                                  /s/ Benjamin H. Richman

**CERTIFICATE OF SERVICE**

       I, Benjamin H. Richman, an attorney, hereby certify that on February 10, 2016 I served the above and foregoing ***Joint Notice of Non-Opposition to Reassignment*** by filing and transmitting a copy of the same to all counsel of record via the Court's CM/ECF electronic filing system, on this the 10th day of February, 2016.

                                                  /s/ Benjamin H. Richman