# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Henry Espejo, et al.
                                  Plaintiff,

v.
                                  Case No.: 1:11–cv–08987
                                  Honorable Charles P. Kocoras

Santander Consumer USA, Inc.
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 11, 2016:

      MINUTE entry before the Honorable Charles P. Kocoras: Motion hearing held. Defendant Santander Consumer USA, Inc.'s motion to reassign Johnson–Morris v. Santander based on relatedness [156] is granted. Status hearing set for 3/10/2016 at 9:30 a.m. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.