# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| HENRY ESPEJO, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>SANTANDER CONSUMER USA, INC., an Illinois corporation,<br><br>*Defendant*. | Case No.: 1:11-cv-08987<br><br>Honorable Charles P. Kocoras<br><br>Magistrate Judge Sidney I. Schenkier |
| FAYE LEVINS, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>SANTANDER CONSUMER USA, INC., an Illinois corporation,<br><br>*Defendant*. | Case No.: 1:12-cv-09431<br><br>Honorable Charles P. Kocoras<br><br>Magistrate Judge Sidney I. Schenkier |

## PLAINTIFF LEVINS'S MOTION FOR CLASS CERTIFICATION

Plaintiff Faye Levins ("Plaintiff"), individually and on behalf of a class and subclass of other similarly situated individuals, through her undersigned counsel, respectfully moves the Court to enter an Order certifying this case as a class action pursuant to Federal Rule of Civil Procedure 23(b)(3). In support of her motion, Plaintiff states as follows:

1. On June 26, 2012, Plaintiff filed an Amended Nationwide Class Action Complaint against Defendant Santander Consumer USA, Inc. in the Northern District of Alabama (the "Alabama Action"). *See Bonner et al. v. Santander Consumer USA, Inc.*, Case No. 12-cv-2183, Dkt. 4 (N.D. Ala. June 26, 2016).

1

2. On November 5, 2012 the Alabama Action was transferred to the Northern District of Illinois, (Dkt. 33), reassigned to the Honorable Charles P. Kocoras, (Dkt. 36), and deemed related to another class action pending before this Court, *Espejo v. Santander Consumer USA, Inc.*, No. 11-cv-8987, (*id.*).

3. This Court subsequently set April 21, 2016 as the deadline for Plaintiff to file her Motion for Class Certification. (Dkt. 89.)

4. Accordingly, Plaintiff now hereby moves the Court, pursuant to Fed. R. Civ. P. 23(b)(3), to certify the following Class and Subclass:

> **TCPA Class:** All individuals called by Santander or on its behalf, using the Aspect dialer system between December 19, 2007 and the present, on a cellular telephone number to which the individual was the subscriber, and which was not (a) listed in any application for credit or financing submitted to Santander or any of its originating creditors, (b) otherwise volunteered by the individual directly to Santander orally or in writing prior to the time of Santander's first call to that number, as reflected in Santander's records, or (c) verified prior to being called for the first time by Santander, as reflected in Santander's records.
>
> **Number Trapping Subclass:** All members of the TCPA Class called by Santander or on its behalf, on a cellular telephone number that Santander captured through calls made to its IVR system (as indicated by its identification in Santander's records with the notation 'IVR' followed by an Arabic numeral (e.g., IVR1, IVR2, etc.)).[1]

5. As shown in Plaintiff's contemporaneously filed Memorandum in Support of her Motion for Class Certification, the Class and Subclass are sufficiently numerous, face common legal and factual issues, have claims that are typical of the Plaintiff's, and are adequately

---

[1] Excluded from the Class and Subclass are (1) any Judge or Magistrate presiding over this action and any members of their families; (2) Defendant; Defendant's subsidiaries, parents, successors, and predecessors; and any entity in which Defendant or its parents have a controlling interest, and its current or former employees, officers, and directors; (3) persons who properly execute and file a timely request for exclusion from the Classes; (4) persons whose claims in this matter have been finally adjudicated on the merits or otherwise released; (5) Plaintiffs' counsel and Defendant's counsel; (6) all individuals who executed a financing application or agreement containing an arbitration clause with Santander or any of its originating creditors; (7) any individuals who provided Santander with releases or waivers of their TCPA claims; (8) any individuals who have filed any lawsuit or arbitration against Santander asserting a TCPA claim, and (9) the legal representatives, successors, and assigns of any such excluded persons.

represented by both Plaintiff and her counsel. Further, the common questions of law and fact predominate over any questions affecting only individual Class or Subclass members and the class action mechanism is superior to other available methods for fairly and efficiently adjudicating the controversy. As such, the Class and Subclass are readily certifiable under Rule 23(b)(3).

6. In support of the instant Motion, Plaintiff hereby incorporates her contemporaneously filed Memorandum in Support of her Motion for Class Certification, along with all arguments made and authorities cited therein, the Declaration of Jay Edelson in Support of Plaintiff's Motion for Class Certification, and the exhibits thereto.

**WHEREFORE,** Plaintiff Faye Levins respectfully requests that the Court enter an Order (a) granting her Motion for Class Certification, (b) certifying the Class and Subclass identified above pursuant to Federal Rule of Civil Procedure 23(b)(3), (c) appointing Plaintiff as representative of the Class and Subclass, (d) appointing Plaintiff's counsel, Jay Edelson, Rafey S. Balabanian, Benjamin H. Richman, and J. Dominick Larry, as Class Counsel pursuant to Fed. R. Civ. P. 23(g), and (e) awarding such additional and further relief as this Court deems necessary and appropriate.

Respectfully submitted,

**FAYE LEVINS**, individually and on behalf of all others similarly situated,

Dated: April 21, 2016 By: s/ Rafey S. Balabanian
One of Plaintiff's Attorneys

Jay Edelson
jedelson@edelson.com
Benjamin H. Richman
brichman@edelson.com
J. Dominick Larry
nlarry@edelson.com
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Rafey S. Balabanian
rbalabanian@edelson.com
EDELSON PC
329 Bryant Street, Suite 2C
San Francisco, California 94107
Tel: 415.234.5342
Fax: 415.373.9435

## **CERTIFICATE OF SERVICE**

   I hereby certify that on April 21, 2016, I served the above and foregoing by causing a true and accurate copy of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

                   s/ Rafey S. Balabanian